# Court of Appeals
# of the State of Georgia

ATLANTA, October 01, 2024

*The Court of Appeals hereby passes the following order:*

A25A0336. CARL GARDEI v. KEYBO TAYLOR, IN HIS INDIVIDUAL CAPACITY et al.

Carl Gardei filed this direct appeal challenging the trial court's dismissal of his petition for declaratory and injunctive relief related to his removal from Georgia's Sexual Offender Registry under OCGA § 42-1-19. We lack jurisdiction.

Typically, appeals from orders of superior courts denying petitions for release under OCGA § 42-1-19 must be initiated by filing an application for discretionary review. See OCGA § 5-6-35 (a) (5.2), (b). Notwithstanding, to the extent that the trial court's order was a declaratory judgment, we have recognized that in such instances a "trial court's order is directly appealable because declaratory judgments have the force and effect of final judgments and are reviewable as such. OCGA § 9-4-2(a)." *Building Block Enterprises, LLC v. State Bank & Trust Co.*, 314 Ga. App. 147, 150 (1) (723 SE2d 467) (2012) (citation and punctuation omitted); see also OCGA § 5-6-34 (a) (1) (authorizing direct appeals from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below. . . .")

In a scenario "[w]here both the direct and discretionary appeal statutes are implicated, it is *always* the underlying subject matter that will control whether the appeal must be brought pursuant to OCGA § 5-6-34 or OCGA § 5-6-35." *Sauls v. Atchison*, 326 Ga. App. 301, 303 (1) (756 SE2d 577) (2014) (citation and punctuation omitted; emphasis supplied). Here, the underlying subject matter concerns Gardei's removal from the Sexual Offender Registry. Accordingly, he was required to file an application for discretionary review. Because Gardei failed to follow the proper

procedure, we are deprived of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___10/01/2024_____*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*